```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| RUSSIAN TV PHILA., INC.<br>IGOR SHTERN, DESIGNATED LESSEE | : | CIVIL ACTION |
| vs. | : | |
| ASTEROID PROPERTIES<br>STANLEY BURAKOVSKY, INDIVIDUALLY<br>AND AS CHIEF EXECUTIVE OFFICER,<br>DIRECTOR, SHAREHOLDER AND OWNER<br>OF ASTEROID PROPERTIES, INC. | : | NO. 02-8626 |

### **O R D E R**

**AND NOW,** this 24th day of September, 2004, it having been reported that the issues between **PLAINTIFFS RUSSIAN TV, PHILA., INC., IGOR SHTERN, DESIGNATED LESSEE** and **DEFENDANTS ASTEROID PROPERTIES, STANLEY BURAKOVSKY, INDIVIDUALLY AND AS CHIEF EXECUTIVE OFFICER, DIRECTOR, SHAREHOLDER AND OWNER OF ASTEROID PROPERTIES, INC.** have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court (effective January 1, 1970), it is

**ORDERED** that this action is DISMISSED with prejudice, pursuant to agreement of counsel, without costs, as to the above named parties only.


ATTEST:                                  or      BY THE COURT:


BY:_____                       _____
     Rosalind Burton-Hoop                        JOHN P. FULLAM, Sr. J.
        Deputy Clerk



COPIES BY MAIL ON ___9/24/04___   TO:  Anthony P. Baratta, Esquire
                                       Brooke Kwatny Kravitz, Esquire
                                       Elizabeth F. Walker, Esquire


Civ 12 (7/95)